No. 879, Misc. NORMAN *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *James J. Wood,* Assistant Attorney General, for respondent.

No. 880, Misc. DESROCHE *v.* LIBERTY MUTUAL INSURANCE Co. ET AL. Sup. Ct. La. Certiorari denied. *Floyd J. Reed* for petitioner. *Robert B. Acomb, Jr.,* for respondents.

No. 881, Misc. ALAWAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 885, Misc. SNELL *v.* SIMPSON, WARDEN. Sup. Ct. Ala. Certiorari denied.

No. 888, Misc. NORMAN *v.* CHAMBERS, U. S. CIRCUIT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 889, Misc. PAULEKAS *v.* CLARK, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied. *Norman Leonard* for petitioner. *Solicitor General Griswold* for respondents.

No. 890, Misc. CARLIN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 891, Misc. WILSON *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 892, Misc. LEWIS *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.